No. 71–1136. TILLMAN ET AL. *v.* WHEATON-HAVEN RECREATION ASSN., INC., ET AL. C. A. 4th Cir. [Certiorari granted, 406 U. S. 916.] Motion of respondents for leave to file supplemental memorandum after oral argument granted.

No. 71–1178. GULF STATES UTILITIES Co. *v.* FEDERAL POWER COMMISSION ET AL. C. A. D. C. Cir. [Certiorari granted, 406 U. S. 956.] Motion of Public Service Company of Indiana, Inc., for leave to participate in oral argument and for additional time denied.

No. 71–1193. UNITED STATES *v.* ENMONS ET AL. Appeal from D. C. E. D. La. [Probable jurisdiction noted, 406 U. S. 916.] Motion of Chamber of Commerce of the United States for leave to file untimely brief as *amicus curiae* granted.